UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA,**

      v.              CR NO. 06-268M (JMF)

**CARROLL D. WILLS,**

      **Defendant.**

---

## DETENTION MEMORANDUM

This matter comes before me upon the application of the United States that the defendant be detained pending trial. This defendant is currently being held on $10,000 bond in Superior Court for the District of Columbia. **IT IS ORDERED** that the court set bond in the amount of $10,000.

 

_____
**JOHN M. FACCIOLA**
**UNITED STATES MAGISTRATE JUDGE**

**June 26, 2006**